Frederick Berenbroick, Plaintiff, v. St. Luke's Hospital in the City of New York, Respondent, and Lewis S. Samuel, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Howard M. Baker et al. v. George W. Turner as Receiver.— Motion denied, with ten dollars costs.

Virginius Ballard et al. v. Alven Beveridge.—Motion denied, with ten dollars costs.

James Black, Appellant, v. Third Avenue Railroad Company, Respondent.—Judgment affirmed, with costs, on opinion on former appeal. (See 2 App. Div. 387.)

Anastasia Brady, Appellant, v. The Manhattan Railway Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, but with leave to plaintiff, upon payment of such costs, to renew her motion below under rule 2, as soon as her case is upon the general calendar pursuant to the order appealed from. No opinion.

Beekman T. Burnham v. Emily A. Burnham. — Motion denied.

Jane Carty, Respondent, v. Julius S. Ehrich and Samuel W. Ehrich, Appellants.— Judgment affirmed, with costs. No opinion.

The Central National Bank of the City of New York v. Bennett Manufacturing Corporation. — Motion denied, with ten dollars costs

Richard N. Dyer and Others, Respondents, v. Roderick B. Mitchell, Jr., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Michael Donnelly v. Patrick J. McArdle.—Motion denied.

Peter Green, Respondent, v. Second Avenue Railroad Company, Appellant, Impleaded with Otto Herzog.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mamie Lasar, Respondent, v. Max J. Lasar, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Alexander Lewy, Appellant, v. North German Lloyd, Respondent.— Motion granted, with ten dollars costs.

In the Matter of Frank Muehlfeld and Another. — Motion granted so far as to direct restitution of books of account.

In the Matter of Patrick J. Hickey, Deceased. — Motion granted, with ten dollars costs.

In the Matter of Patrick J. Hickey, Deceased. — Motion granted, with ten dollars costs.

In the Matter of Acquiring Title to Beck or East One Hundred and Fifty-first Street.—Motion denied.

In the Matter of J. Lee Humfreville — Motion denied.

In the Matter of the Voluntary Dissolution of the Sheet Metal Works.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Fort Washington Ridge Road. Motion denied, with ten dollars costs.

Merchants' National Bank v. Columbia Spinning Company.— Motion denied.

In the Matter of John Friedrich.— Motion granted, with ten dollars costs.

In the Matter of Julius F. Cheesebrough.—Motion granted, with ten dollars costs.

John A. O'Connor, Respondent, v. The Church of St. Francis de Sales, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. John Moran.— Motion denied.

Sarah Pierce, Respondent, v. Metropolitan Street Railway Company, Appellant.—Motion denied, with ten dollars costs.

The People of the State of New York ex rel. J. Carlton Ward v. Uptown Association.—Motion granted.

The People of the State of New York v. Commercial Alliance Life Insurance Company.— Motion denied.

Annie E. Smith, Appellant, v. Edward R. Poerschke, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Katherine N. Smith and Others, Appellants, v. Frank Ruggiero, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Adelaide Thompson, as Administratrix, v. Charles Welde.— Motion denied.

Yellow Pine Company, Respondent, v. The Atlantic Lumber Company, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Emma B. Young, Appellant, v. Richard K. Fox, Respondent — Order affirmed, with ten dollars costs and disbursements. No opinion.

American Surety Company of New York, Respondent, v. Rowland N. Hazard and Others, Defendants ; Emma P. Hazard, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles Becker, Respondent, v. The Third Avenue Railroad Company, Appellant.—Judgment affirmed, with costs. No opinion.

Caroline Carpenter, Respondent, v..Alfred C. Carpenter, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion

William J. Crawford v. Isabella McCarthy.—Motion dismissed.

Roderick W. Cameron v. Ammi W. Wright.—Extra allowance of $850 granted.

George W. Galinger, Respondent, v. Oscar Hammerstein, Appellant.—Judgment and order affirmed, with costs. No opinion.

Joseph Harris, Respondent v. Frederick Schmidt, Appellant.—Judgment and order affirmed, with costs. No opinion.

Russell Johnson and Roswell H. Johnson, Composing the Firm of Johnson Brothers, Appellants, v. Walter D. Haws and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William Dehon King and Others, Respondents, v. Eugenia A. Webster Ross, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Bridget Kenny v. Jerome Sykes.— Motion denied, with ten dollars costs.

Joseph J. Lyons, Appellant, v. Solomon A. Hamburger, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John L. Melcher, as Attorney and Agent for the Owners, Appellant, v. Samuel Kreiser, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of George Sladovich.— Motion denied.

In the Matter of the Mayor, etc., In re East One Hundred and Sixty-eighth street. — Reargument ordered.

Jacob M. Newman and Others, Respondents, v. The Metropolitan Elevated Railway Company and The Manhattan Railway Company, Appellants.— Judgment modified by reducing award for fee damage to $1,000, and as modified affirmed, without costs. No opinion.

Sigmund Philip, Appellant, v. Emil J. Stake and Arthur Eldredge, Respondents.— Judgment affirmed, with costs. No opinion.

Pasquale Trotta v. Gabriele Valente.— Motion granted, with ten dollars costs.

Catherine F. Wetmore v. Indiana V. Stromeyer. — Motion granted, upon payment of fifty dollars.